CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Howard Johnson International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation, | : |
| Plaintiff, | : Civil Action No. 11-cv-5168(CCC)(JAD) |
| v. | : **FINAL JUDGMENT BY DEFAULT** |
| RAJENDRA SHIRKE, an individual, | : |
| Defendant. | : |

This matter having been opened to the Court by plaintiff, Howard Johnson International, Inc. ("HJI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendant, Rajendra Shirke ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on September 8, 2011, seeking damages as a result of the breach of a personal guaranty relating to a license agreement between HJI and Tristar Hotels & Investments, LLC, and service of a copy of the Summons and Complaint having been effectuated with respect to Defendant by serving him in Laguna Hills, California on November 12, 2011; and it appearing that default was duly noted by the Clerk of the Court against Defendant on December 9, 2011 for his failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __17__ day of __January__, 2012,

**ORDERED, ADJUDGED, AND DECREED** that HJI have judgment against Defendant in the total amount of $276,622.19 comprised of the following:

a) $46,586.76 for Recurring Fees (principal plus prejudgment interest);

b) $224,514.12 for liquidated damages and Satellite Addendum liquidated damages (principal plus prejudgment interest); and

c) $5,521.31 for attorneys' fees and costs.

_____
CLAIRE C. CECCHI, U.S.D.J.